AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

JAN 22 2019

David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. M-19-0142-M |
| Angel Gustavo DOMINGUEZ   1999 Mex ctz | ) | |
| Alonso VARGAS-Garcia   1988 Mex ctz | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _1/20/2019_ in the county of _Hidalgo_ in the _Southern_ District of _Texas_, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 846 | Possession with Intent to Distribute Marijuana, approx. 157.98 kilograms, a Schedule I Controlled Substance. |

This criminal complaint is based on these facts:

**See Attachment I**

☑ Continued on the attached sheet.

Approved AUSA Laura Garcia

*Complainant's signature*

Joshua Garza, DEA Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _1/22/2019_  8:28 am

*Judge's signature*

City and state: _McAllen, Texas_   Peter Ormsby, US Magistrate Judge
*Printed name and title*

# ATTACHMENT I

On January 20, 2019, Weslaco Station United States Border Patrol Agents (USBPA) were conducting line watch operations south of Krenmueller Pump in south Donna, Texas.

At approximately 3:55 p.m. USBPA's were conducting still watch operations in the area of Krenmueller, when they observed several subjects loading what appeared to be large black bundles consistent with that of narcotics into the back of a White Toyota Tundra at the intersection of Valley View Road and the River Road in Donna, Texas. The vehicle did a quick turn-around and began heading east on the river road and turned north on Jackson Church Road. Minutes later USBPA's spotted the vehicle approaching the levee ramp on Valley View Road just as a USBP unit was coming southbound over the levee. The white Toyota Tundra then veered off to the east side of the levee ramp into the brush, and came to a stop. Both the driver (later identified as Alonso VARGAS-Garcia DOB: 09/06/1988) and passenger (later identified as Angel Gustavo DOMINGUEZ DOB: 04/07/1999) bailed out of the vehicle. USBPA's observed the bailout and identified that the driver of the vehicle was wearing a red shirt. USBPA's were able to maintain visual contact of VARGAS-Garcia until apprehension. USBPA's apprehended the passenger in the brush, approximately 150 meters east of the vehicle.

USBPA's recovered 5 bundles recovered weighing 157.98 kilograms from the suspect vehicle and were transported to the Weslaco Border Patrol Station. USBPA's tested the bundles using the Duquenois-Levine Reagent System, which tested positive for Marijuana.

At approximately 7:35 p.m., DEA Special Agents (SAs) Joshua Garza and Bernardo Anzaldua had Alonso VARGAS-Garcia read his Miranda Warnings and conducted a recorded interview of VARGAS-Garcia at the Weslaco, Texas, United States Border Patrol Station. VARGAS-Garcia admitted to agents that he was going to get paid $5,000.00 US Currency for the transportation of the bundles of marijuana.

At approximately 7:355 p.m., DEA Special Agents (SAs) Joshua Garza and Bernardo Anzaldua had Angel Gustavo DOMINGUEZ read his Miranda Warnings and conducted a recorded interview of DOMINGUEZ at the Weslaco, Texas, United States Border Patrol Station. DOMINGUEZ stated that he was asked by his uncle Alonso VARGAS-Garcia to go with him to pick up some stuff at a ranch near the river in Weslaco, Texas. He did not know they were going to pick up bundles of marijuana.

Through further interview of VARGAS-Garica, VARGAS-Garcia stated that DOMINGUEZ was going to get paid half of the $5,000.00 US Currency for helping him pick up and transport the load of marijuana. VARGAS-Garcia stated that DOMINGUEZ had full knowledge of picking up and transporting the load of marijuana in exchange for payment.

McAllen, Texas AUSA Laura Garcia accepted prosecution on both VARGAS-Garcia and DOMINGUEZ.